William D. Cope, Esq.,
Nevada Bar #1711
WILLIAM D. COPE, LLP
595 Humboldt Street
Reno, NV 89509-1603
(775) 333-0838
Fax (775) 333-6694

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

STEVEN WATERS and
NIA WATERS,

        Debtors.
_____/

Case No.: BK-N-08-51409-GWZ
Chapter 7

Trustee: Angelique L. M. Clark

## AMENDMENT COVER SHEET

**Amendment(s) to the following are transmitted herewith. Check all that apply.**

( )    Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr.P.9011)

( )    Summary of Schedules

( )    Schedule A - Real Property

( )    Schedule B - Personal Property

( )    Schedule C - Property Claimed as Exempt

( )    Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

        ( )    Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**

        ( )    Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

( )    Schedule G - Schedule of Executory Contracts & Expired Leases

( )    Schedule H - Codebtors

( )    Schedule I - Current Income of Individual Debtor(s)

( )    Schedule J - Current Expenditures of Individual Debtor(s)

///

| | | |
|---|---|---|
| 1 | ( ) | Statement of Financial Affairs |
| 2 | (X) | Statement of Intention |

### Declaration of Debtor

**I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.**

/s/Steven Waters
Debtor's Signature

/s/Nia Waters
Debtor's Signature

Date: December 4, 2009

WILLIAM D. COPE, LLP
595 Humboldt St.
Reno, NV 89509
(775) 333-0838
Fax (775) 333-6694

2

Form 8 (10/05)

# United States Bankruptcy Court
## District of Nevada

In re: **Stephen L. Waters, Nia M. Waters**
Debtor(s)

Case No. **08-51409**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 4 bdrm, 2 1/2 bath residence located at 7127 Beacon Drive Reno, Nevada 89506-5639 | Countrywide Home Loans | X | | | |
| 4 bdrm, 2 1/2 bath residence located at 7127 Beacon Drive Reno, Nevada 89506-5639 | Flagstar Bank | X | | | |
| 2006 Dodge 2500 Pickup Quad Cab Short Bed Debtors' possession | Greater Nevada Credit Union | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| -NONE- | | |

Date 12/4/09     Signature /s/ Stephen L. Waters
                              Stephen L. Waters
                              Debtor

Date 12/4/09     Signature /s/ Nia M. Waters
                              Nia M. Waters
                              Joint Debtor